422 A.2d 692

Commonwealth v. McCleary, Appellant.

Submitted March 23, 1979.   Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgments of sentence affirmed.

422 A.2d 692

Commonwealth v. McGettigan, Appellant.

Submitted March 23, 1979.   Ronald F. O'Driscoll, Assistant Public Defender, for appellant;  James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.